# UNITED STATES DISTRICT COURT
## for
## MIDDLE DISTRICT OF PENNSYLVANIA

U.S.A. vs. Scott Phillips                                    Docket No. 1:CR-01-219-01

### Petition on Probation and Supervised Release

COMES NOW Douglas M. Durnin   PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Scott Phillips who was placed on supervision by the Honorable Sylvia H. Rambo sitting in the court at Harrisburg, on the 1st day of May, 2002, who fixed the period of supervision at two years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

> The defendant shall pay any balance of the fine imposed by this judgment which remains unpaid at the commencement of the term of supervised release in minimum monthly installments of no less than $200.00.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since Mr. Phillips' release from imprisonment on October 23, 2003, he has been supervised by the U.S. Probation Office in Reading, Pennsylvania. According to U.S. Probation Officer Carlos Montgomery, the releasee has remained in compliance with the conditions of supervised release. However, he has been unable to pay the $40,000.00 fine imposed at sentencing and a balance of $36,225.00 remains. Because it appears that no violation action is warranted, U.S. Probation officer Carlos Montgomery is recommending that Mr. Phillips' term of supervised release be permitted to expire on October 22, 2005, as scheduled. This office concurs with the recommendation and Assistant U.S. Attorney James Clancy has no objection to this proposal.

**PRAYING THAT THE COURT WILL ORDER** that the defendant's term of supervised release be permitted to expire on October 22, 2005, without further action of the Court.

ORDER OF COURT

Considered and ordered this 6 day of _____, 2005 and ordered filed and made a part of the records in the above case.

U.S. District Judge

Respectfully,

Douglas M. Durnin
Supervising U.S. Probation Officer

Place   Harrisburg, PA

Date   9/2/05